## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NAIMJON K. NARZIKULOV,

*Petitioner*,

v.

MICHAEL T. ROSE, Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement; JAMAL L. JAMISON, Warden of Philadelphia Federal Detention Center,

*Respondents*.

**PETITION FOR WRIT OF HABEAS CORPUS**

**Case No. 2:26-cv-472**

## <u>ORDER</u>

AND NOW, this 26th day of January, 2026, upon consideration of NAIMJON K. NARZIKULOV'S Petition for Writ of Habeas Corpus (ECF No. 1), it is hereby ORDERED that the petition is GRANTED IN PART. It is further ORDERED as follows:

1. Pursuant to 28 U.S.C. § 2243, Respondents shall, no later than January 29 2026, file a response to the habeas petition and show cause why the petition should not be granted.

2. Petitioner NAIMJON K. NARZIKULOV shall not be transferred outside the Eastern District of Pennsylvania pending further Order of the Court.

3. Counsel for Petitioner shall serve this Order to Respondents' counsel forthwith by email at the following addresses:

   • desiree.wilkins@usdoj.gov;

   • anthony.stjoseph@usdoj.gov;

   • susan.becker@usdoj.gov; and

   • gregory.david@usdoj.gov

BY THE COURT:

_____
HON. MIA R. PEREZ