**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NARZIKULOV** | : | **CIVIL ACTION** |
| | : | |
| Petitioner, | : | |
| | : | |
| **v.** | : | |
| | : | **NO.  26-472** |
| **ROSE et al,** | : | |
| | : | |
| Respondents. | : | |

## ORDER

   **AND NOW,** this 15th day of June, 2026, the Clerk of Courts is **DIRECTED** to mark this case closed.

                                                  BY THE COURT:


                                                  _____
                                                  Hon. Mia R. Perez